IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 19-03149-01-CR-S-MDH |
| TIMOTHY SMITH, | ) ) ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is Defendant's Motion to Set Bond. (Doc. 26.) Defendant is detained at the Greene County Jail awaiting trial on July 6, 2020. On November 22, 2019, following a detention hearing, the Honorable Michelle L. Peterson of the U.S. District Court for the Western District of Washington found "(t)here does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future court hearings while addressing the danger to other persons or the community" and ordered his pretrial detention. (Doc. 4-2 at 5-7.) Defendant now moves the Court to reconsider his detention and set a reasonable bond.

The undersigned has reviewed the motion, the Pretrial Services Reports (docs. 9, 10) and the Government's Response (doc. 27). While recognizing Defendant's concerns regarding the spread of the coronavirus (COVID-19), the undersigned does not find his arguments compelling in light of his risk of flight and danger to the community. Therefore, for the reasons set forth in the Government's response, the Motion to Set Bond is **DENIED**.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: May 5, 2020